# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | NO. 05-6218 |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. Jaime Caballero-Diaz | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: **Illegal Entry**,

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge

(X) United States Magistrate Judge   David K. Duncan

CASE ASSIGNED TO: Milagros A. Cisneros
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this **6** day of **OCT**, 200**5**.

_____
UNITED STATES MAGISTRATE JUDGE

\AppointOrderFPD